ORIGINAL

SEALED
BY ORDER OF THE COURT

UNSEALED BY ORDER OF THE COURT
DATE: 07-15-2002

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney
District of Hawaii

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 02 2002

at 11 o'clock and 21 min A.M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00288 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841, 846 |
| | ) | and 18 U.S.C. § 2] |
| LAMBERT APO, (01) | ) | |
| MALCOLM HIRAKAWA, (02) | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

Count 1:

The Grand Jury charges:

On or about January 15, 2002, in the District of Hawaii, **LAMBERT APO**, did knowingly and intentionally possess, with intent to distribute, and distribute, in excess of fifty (50) grams of methamphetamine, its salts, isomers and salts of

its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18 United States Code Section 2.

### Count 2:

The Grand Jury further charges:

On or about January 30, 2002, in the District of Hawaii, **LAMBERT APO** and **MALCOLM HIRAKAWA**, did knowingly and intentionally possess, with intent to distribute, and distribute, in excess of five (5) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18 United States Code Section 2.

### Count 3:

The Grand Jury further charges:

On or about February 22, 2002, in the District of Hawaii, **LAMBERT APO**, did knowingly and intentionally possess, with intent to distribute, and distribute, in excess of five (5) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18 United States Code Section 2.

DATED: Honolulu, Hawaii, 7/2/02 .

A TRUE BILL

/s/ Harold S. Miyori
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/
ELLIOT ENOKI
First Assistant U.S. Attorney

/s/
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Lambert Apo, et al.
"Indictment"
Cr. No.